IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| CINDY RENEE SMITH, et al | PLAINTIFFS |
| V.    NO. 11-CV-1022 | |
| LOUISVILLE TIN & STOVE CO., INC., AMERIGAS PROPANE INC., and AMERIGAS PROPANE OF AR., L.P. | DEFENDANTS |
| LOUISVILLE TIN & STOVE CO, INC. | THIRD-PARTY PLAINTIFF |
| V. | |
| R&M VACUUM SERVICE, INC. and DOUGLAS RABB | THIRD-PARTY DEFENDANTS |

## ORDER

Before the Court is Defendant Louisville Tin & Stove Co., Inc.'s Stipulation of Dismissal Without Prejudice of Third Party Defendant Douglas Rabb. (ECF No. 43). Defendant is seeking to dismiss their claims against Third-Party Defendant Douglas Rabb.

Pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, all claims against Third-Party Defendant Douglas Rabb are hereby **DISMISSED** without prejudice. Defendant's claims against Third-Party Defendants R&M Vacuum Service, Inc. shall remain in effect.

IT IS SO ORDERED, this 4th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge