IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CINDY RENEE SMITH, et al                                                                           PLAINTIFFS

V.                                            NO. 11-CV-1022

LOUISVILLE TIN & STOVE CO., INC., and
R&M VACUUM SERVICE, INC                                                                         DEFENDANTS

LOUISVILLE TIN & STOVE CO, INC.                                              THIRD-PARTY PLAINTIFF

V.

THERM-O-DISC, INC.                                                              THIRD-PARTY DEFENDANT

## ORDER

Before the Court is Defendant Louisville Tin & Stove Co., Inc.'s Motion to Dismiss Third-Party Defendant Therm-O-Disc Incorporated Without Prejudice. (ECF No. 76). Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Defendant's motion (ECF No. 76) should be and hereby is **GRANTED**. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against Third-Party Defendant Therm-O-Disc Incorporated are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 14th day of August, 2012.

                                                  /s/ Susan O. Hickey
                                              Hon. Susan O. Hickey
                                              United States District Judge